UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 10-8351-MWF(MANx)**                                        Dated: **March 25, 2014**

Title:    Robin Dill -*v*- American Airlines, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                                   None Present

PROCEEDINGS (IN CHAMBERS):  COURT ORDER

   This case was transferred to the Honorable Michael W. Fitzgerald on May 11, 2012.

   On March 6, 2012, Judge Jacqueline H. Nguyen signed an order staying this action. In addition, the parties were ordered to "file a report with the Court no later than March 23, 2012 and, thereafter, every 60 days until the stay is lifted".  The last report filed with the Court was on September 17, 2013.

   In light of the Order signed by Judge Nguyen on March 6, 2012, the Court sets a hearing on Order To Show Cause Re Dismissal for April 14, 2014 at 11:30 a.m. If a status report or stipulated dismissal is filed prior to this date, the matter will be taken off calendar.

   IT IS SO ORDERED.

Initials of Deputy Clerk   rs