UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 10-8351-MWF(MANx)**                              Dated: **August 8, 2014**

Title:   Robin Dill -*v*- American Airlines, Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Julieta Lozano | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                                   None Present

PROCEEDINGS (IN CHAMBERS):  COURT ORDER

     This case was transferred to the Honorable Michael W. Fitzgerald on May 11, 2012.

     On March 6, 2012, Judge Jacqueline H. Nguyen signed an order staying this action. In addition, the parties were ordered to "file a report with the Court no later than March 23, 2012 and, thereafter, every 60 days until the stay is lifted".  The last report filed with the Court was on April 2, 2014. .

     In light of the Order signed by Judge Nguyen on March 6, 2012, the Court sets a hearing on Order To Show Cause Re Dismissal for August 25, 2014 at 11:30 a.m. If a status report or stipulated dismissal is filed prior to this date, the matter will be taken off calendar.

     IT IS SO ORDERED.

Initials of Deputy Clerk   _jloz_