JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/11/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN DILL, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AMERICAN AIRLINES, INC., and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | Case No.  2:10-cv-08351-MWF-MANx<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

## ORDER

IT IS SO ORDERED THAT THE ABOVE-CAPTIONED MATTER IS DISMISSED WITH PREJUDICE.

Dated: _September 11_, 2015

HON. MICHAEL FITZGERALD
UNITED STATES DISTRICT COURT JUDGE

2.